## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

IN RE:                                                CASE NO.: 18-40408-KKS
                                                         CHAPTER 13

PAUL CARLSON

      Debtor                /

### CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM CO-DEBTOR STAY FILED BY THE BANK OF THE WEST

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and states as follows to the Motion for Relief from Co-Debtor Stay (Doc. 29) filed by the Bank of the West:

1. The proposed Chapter 13 Plan provides that 2015 Robalo R200 CC boat, 2014 Yamaha F200XB motor, and 2015 Coyote Mfg. Co. trailer referenced in the Motion shall be surrendered to Bank of the West.

2. The Trustee has no objection to the relief requested.

3. A copy of the Trustee's receipts and disbursements to this creditor is attached hereto as an Exhibit for the Court's information and review.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

PAUL CARLSON
34 SPARROW COURT
HAVANA, FL 32333

BANK OF THE WEST
C/O JENNIFER L. MORANDO
976 LAKE BALDWIN LAVE, STE. 103
ORLANDO, FL 32814

INDIA FOOTMAN, ESQUIRE
1695 METROPOLITAN CIRCLE
SUITE 3
TALLAHASSEE, FL 32308-0000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

October 26, 2018

## EXHIBIT
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Aug 31, 2018 | C.CK | $773.00 |
| Oct 01, 2018 | C.CK | $780.00 |
| | TOTAL AMOUNT PAID: | **1,553.00** |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| **DATE** | **AMOUNT** |
|---|---:|
| TOTAL AMOUNT DISBURSED: | **$.00** |